UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Robert White 141 2500924

See Attached
_____
Write the full name of each plaintiff.

-against-

Department of corrections
_____

_____

25 CV 8711

No. _____
(To be filled out by Clerk's Office)

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



RECEIVED
OCT 20 2025
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16



RECEIVED
OCT 20 2025
PRO SE OFFICE

Robert White 1412500928

Ishmill Fate 3492303385

Anthony maldonado 441 2502576

Amad Edwards 3 49 24 03338

Jamel williams 34925 03156

moriyah Lewis 8 45 220 0274

michael fields 1412501841

mark green 310 240 0613

marly Senat 349 240 1917

Denzel gary 349 240 5187

Erick Castillo 349 250 2008

Solne martinez 349 250 2626

Lashawn belima 3102400510

charles hernandez 349 2001789

Adonis Duran 241 240 2034

Terrence Reed 8252301592

Shane Campbell 1412400266

Akeem williams 3102400287

Luis Zapata 241 250 1393

g uaveon Ross 3102500234

Ibn Robinson 4102500327

ELIJah norris 141 240 2152

Livingston paquendus 141 250 1119

Jordan hannah 4102500080

Keith Douglas 241 2400289

Kisean Samuels 1412502910

Steven raphael 441240 1990
Ashaunte scott 349 2400027

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert _____    White    141250928 _____

First Name            Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

141250928 _____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OBCC _____

Current Place of Detention

1600 Hazen st _____

Institutional Address

East elmhurst _____    NY _____    11370 _____

County, City            State            Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Department  of  Corrections

First Name          Last Name          Shield #

Warden

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 2:

Department  of  corrections

First Name          Last Name          Shield #

Deputy  Warden  OBCC

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 3:

Department  of  corrections

First Name          Last Name          Shield #

Security  Captain  OBCC

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: OBCC

Date(s) of occurrence: August 29 2025

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

According to the fifth law of america, also known as the fifth constitutional amendment, an rights of americans, Especially those in (New york city) under state city, and fedaral rules of command, have the right not to be deprived, taken, restricted or violated against being placed in Jeopardy, and illegal harm by unexceptable mandatory random, or orchestrated high specialized (stripped Naked searches) by force, demand as detainees civilians, people of the world, continent an country of america, also by human rights against free will also by the power invoking the 8th law amendments of the 50 united states, city, states, locations and places, to ID and delegate a cease of direct dishonor disrespectful, disregard to the peoples, civilians protectors of the USA with such an act as illegal an shameful conductment

Page 4

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

$ 1.5 million apiece for emotional distress mental anguish pains and suffering violation of constitutional rights

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9-15-25 | R White |
|---|---|
| Dated | Plaintiff's Signature |

| Robert | | White |
|---|---|---|
| First Name | Middle Initial | Last Name |

16 oo Hazen St
Prison Address

| East elmhurst | Ny | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

IB-34                                                                                              Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert white 1412500928

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Department of corrections

_____
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (____)(____)

NOTICE OF CHANGE OF
ADDRESS

I hereby notify the Court that my address has changed to the following:

White, Robert
Name (Last, First, MI)

1600 hazen st          east elmhurst          Ny          11370
Address                City                   State       Zip Code

Telephone Number                    E-mail Address (if available)

9-15-25                             R. White
Date                                Signature

USPS
USMr3
SDNY

OCT 17

Robert White 141250928
1600 Hazen street
East Elm hurst NY 11370

Pro Se Intake unit Rm 120
500 Pearl Street
New York NY 10007

RECEIVED
OCT 20 2025
PRO SE OFFICE