UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE CAMPBELL,

                              Plaintiff,

          -against-

DEPARTMENT OF CORRECTIONS, ET
AL.,

                              Defendants.

25 CIVIL 09109 (LTS)

CIVIL JUDGMENT

         For the reasons stated in the February 27, 2026, order, this action is dismissed.

         The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

         SO ORDERED.

  Dated:    March 5, 2026

            New York, New York

                                        _____
                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge